Form 180 – ntchrgfail

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−24598−VFP
> Chapter: 11
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    238 Woodside Realty LLC
    238 Woodside Avenue
    Ridgewood, NJ 07450

Social Security No.:

Employer's Tax I.D. No.:
    47−1381711

### NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
### IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Statement of Financial Affairs For Non−Individuals, List of Equity Security Holders, Statement of Corporate Ownership, Balance Sheet, Tax Return, Cash Flow Statement, Statement of Operations .

2. This case will be dismissed on August 2, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

> U.S. Bankruptcy Court
> MLK Jr Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before August 2, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: July 20, 2017
JAN: clb

> Jeanne Naughton
> Clerk

If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors. Payment must be made in the form of a certified check, money order or attorney's check.